# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 2, 2022

Lyle W. Cayce
Clerk

No. 21-20653

Al Rushaid Parker Drilling, Limited,

*Plaintiff—Appellant*,

*versus*

National Oilwell Varco, L.P.,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:11-CV-3390

Before Smith, Barksdale, and Haynes, *Circuit Judges*.
Per Curiam:*

Plaintiff Al Rushaid Parker Drilling, Limited, raises numerous arguments for setting aside the arbitration award at issue. The district court was correct that none of those contentions has the slightest merit. There is no basis for either vacating the award under section 10 of the Federal Arbitration Act or sending the case back to arbitration.

The judgment is AFFIRMED.

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.